UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Darrell Milton Williams,

        Plaintiff,                        **ORDER OF DISMISSAL**

v.                                            Civil 04-4271 PAM/JJG

Glazed Investments, LLC,

        Defendant.

-------------------------------------------------------------------------------------------

The proceedings in the above matter were stayed by the Court pending arbitration proceedings.

The Court has since learned that the Defendant filed Chapter 11 bankruptcy in the United States District Court for the Northern District of Illinois on February 6, 2006 and on or about November 16, 2006, the Court entered a final decree closing the Chapter 11 case.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court administratively terminate the action in his record, without prejudice to the right of the parties to move to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

Dated: August   15  , 2007

                                                    s/Paul A. Magnuson
                                               Paul A. Magnuson, Judge
                                               United States District Court